IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Jesse Quentin Boatwright, #307518, )
)
        Plaintiff, )
)
v. ) Civil Action No. 3:08-223-SB-JRM
)
Officer D. Farmer; and LCI Department ) <u>ORDER</u>
of Corrections, )
)
        Defendants. )
_____)



This matter is before the Court upon the Plaintiff's <u>pro se</u> complaint, which alleges violations of his constitutional rights pursuant to 42 U.S.C. § 1983. By local rule, this matter was referred to a United States Magistrate Judge for preliminary determinations.

On February 1, 2008, Magistrate Judge Joseph R. McCrorey issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court summarily dismiss Defendant "LCI Department of Corrections." The Magistrate Judge noted that Defendant "LCI Department of Corrections" actually refers to the Lee Correctional Institution <i>and</i> the South Carolina Department of Corrections but that both of these entities are entitled to summary dismissal under the Eleventh Amendment. Attached to the R&R was a notice advising the Plaintiff of the right to file specific, written objections to the R&R within 10 days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a <u>de novo</u> or any other standard, a Magistrate Judge's factual or legal conclusions. <u>Thomas v. Arn</u>, 474 U.S. 140, 150 (1985); <u>Wells v. Shriner's Hosp.</u>, 109 F.3d

198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

**ORDERED** that Defendant "LCI Department of Corrections" is dismissed without prejudice and without issuance and service of process. Having authorized service against Defendant Officer D. Farmer, however, the case is hereby remanded to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

February 25, 2008
Charleston, South Carolina