IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK, CHARLESTON, SC

2009 MAR 17 P 3: 10

Jesse Quentin Boatwright, #307518, )
)
           Plaintiff, )
)
v. )
)
Officer D. Farmer, )
)
           Defendant. )
_____)

Civil Action No. 3:08-223-SB-JRM

**ORDER**



This matter is before the Court upon the *pro se* Plaintiff's complaint, filed pursuant to 42 U.S.C. § 1983. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On October 10, 2008, the Defendant filed a motion for summary judgment, and on October 14, 2008, the Magistrate Judge issued an order pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), advising the Plaintiff of his obligation to respond to the Defendant's motion. When the Plaintiff failed to respond, the Magistrate Judge issued a second order on February 3, 2009, ordering the Plaintiff to notify the Court within fifteen days as to whether he wished to continue to prosecute this action. The Plaintiff never filed a response. Therefore, on February 25, 2009, the Magistrate Judge issued a report and recommendation ("R&R"), recommending that the Court dismiss the Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. Attached to the R&R was a notice advising the Plaintiff of his right to file written, specific objections to the R&R within ten days of the date of service of the report. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to

review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, the Court need not conduct a de novo review of any portion of the R&R. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the order of this Court, and it is

**ORDERED** that the Plaintiff's complaint is dismissed with prejudice for lack of prosecution.

**IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

March 17, 2009
Charleston, South Carolina